IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ANTTWAINE M. DUNLAP,

    Plaintiff,

v.                    CIVIL ACTION NO. 3:06CV86

V. PURI,

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge John S. Kaull, filed November 29, 2006. The Plaintiff did not file objections to the Magistrate Judge's Report and Recommendation.

The Court, after reviewing the above, is of the opinion that the Magistrate Judge's Report and Recommendation should be and is hereby **ORDERED** adopted.

The Court, therefore, **ORDERS** that this action be **DISMISSED WITHOUT PREJUDICE** based on the reasons set forth in the Magistrate Judge's Report and Recommendation, and **STRICKEN** from the active docket of this Court.

It is so **ORDERED**.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Clerk is directed to transmit true copies of this Order to the Plaintiff and all counsel of record.

**DATED**  this 19th day of January 2007.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE